UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL, and <br> SUSAN BINNALL, <br> Plaintiffs, <br><br> v. <br><br> BATH IRON WORKS CORPORATION <br> and GENERAL DYNAMICS <br> CORPORATION, <br> Defendants. | Civil Action No. 05-cv-11071-MEL |

### PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE TIME WITHIN WHICH PLAINTIFFS MAY RESPOND TO DEFENDANT'S MOTION TO DISMISS

Now come the parties in the above-entitled action and jointly submit this request for leave to enlarge the time within which Plaintiffs may respond to Defendants' Motion to Dismiss, to June 27, 2005. As grounds for and in support of this Motion, the parties offer the following statement of reasons:

1. This is an action in tort for serious injuries allegedly sustained by the Plaintiffs on July 2, 2002.

2. The Defendants' Motion to Dismiss was filed with the Court on May 27, 2005.

3. On June 3, 2005, counsel for all parties discussed previous overtures to mediate this case and the possibility of resolving, by agreement, several of the issues contained in the Defendants' Motion to Dismiss.

4. The requested enlargement of the Plaintiffs' response time will allow counsel for the Defendants the opportunity to explore the Defendants' current interest in mediating this case as well as informally resolving several of the issues contained in the Defendants' Motion to Dismiss.

5. The Plaintiffs believe and therefore state that the granting of this motion will not result in prejudice to any party and may serve to streamline the issues ultimately to be resolved by Court.

**WHEREFORE** the parties hereto, respectfully request leave to enlarge the time within which the Plaintiffs may respond to the Defendants' Motion to Dismiss in the above-entitled action, to June 27, 2005.

Respectfully submitted,

The Plaintiffs,
By their Attorneys,


*/s/ Eric J. Parker*
Eric J. Parker, Esq. BBO# 549513
Susan M. Bourque, Esq. BBO# 647195
Parker Scheer LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500


The Defendants,
By their Attorneys,


*/s/ Timothy J. Perry*
Mark L. Haley, Esq. BBO#217260
Timothy J. Perry, Esq. BBO #631397
Preti Flaherty Beliveau Pachios & Haley
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800


Dated: 6/6/05


### CERTIFICATE OF SERVICE

I, Eric J. Parker, hereby certify that on this the 6th day of June, 2005, I served the foregoing documents by hand, upon the Defendants' counsel, Timothy J. Perry, Esq., Preti Flaherty Beliveau Pachios & Haley, 10 High Street, Suite 502, Boston, MA 02110.

*/s/ Eric J. Parker*
Eric J. Parker, Esq.