UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL, and <br> SUSAN BINNALL, <br>     Plaintiffs, <br> <br> v. <br> <br> BATH IRON WORKS CORPORATION <br> and GENERAL DYNAMICS <br> CORPORATION, <br>     Defendants. | Civil Action No. 05-cv-11071-MEL |

## ASSENTED TO MOTION TO AMEND COMPLAINT TO ADD PARTY

NOW COME, the plaintiffs, Thomas Binnall and Susan Binnall, and respectfully request that this Court grant them leave to amend their Complaint to add Ryerson Tull, Inc. as a direct defendant in this pending action. As grounds for and in support of this Motion, the plaintiffs offer the following statement of reasons:

1. This is an action in tort whereby on or about July 2, 2002, the plaintiff sustained serious injuries when a load of steel pipes suddenly shifted from a flat-bed trailer during the off-loading process crushing his leg and causing him to suffer other very serious injuries.

2. Ryerson Tull, Inc., the sole party responsible for loading the subject flat-bed trailer, acting by and through its agents, servants, and/or employees, was negligent in the loading of the steel pipes onto the subject flat-bed trailer.

3. The plaintiffs now seek, by way of this Motion, to add Ryerson Tull, Inc. as a direct defendant in this action.

4. The existing defendants, Bath Iron Works and General Dynamics, have assented to the allowance of this Motion.

5. The plaintiffs believe, and therefore state, that the allowance of this Motion will not result in prejudice to any party.

6. The plaintiffs state that they have served a copy of this Motion and the proposed amended Complaint on the proposed additional defendants ten (10) days prior to the filing of this Motion pursuant to Srebnick v. Lo-Law Transit Management, Inc., 29 Mass.App.Ct. 45, 51 (1990).

7. The plaintiffs' proposed First Amended Complaint is attached hereto at Tab 1.

**WHEREFORE,** the plaintiffs respectfully request that this Court grant them leave to amend their Complaint to add Ryerson Tull, Inc. as a direct defendant.

                                                          Respectfully Submitted,
                                                          The plaintiffs,
                                                          By their attorneys,

/s/ Eric J. Parker

Eric J. Parker BBO# 549513
Susan M. Bourque, Esq. BBO# 647195
PARKER | SCHEER LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500

ASSENTED TO:

/s/ Timothy Perry by Mark L. Haley

Mark L. Haley BBO# 217260
Timothy J. Perry BBO# 631397
PRETI FLAHERTY
BELIVEAU PACHIOS & HALEY
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800

Dated: 7/11/05