UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS BINNALL and<br>SUSAN BINNALL,<br>    Plaintiffs,<br><br>v.<br><br>BATH IRON WORKS<br>CORPORATION and<br>GENERAL DYNAMICS<br>CORPORATION,<br>    Defendants. | Civil Action No. 05-cv-11071-REK<br><br><br>JOINT STIPULATION OF<br>DISMISSAL PURSUANT TO<br>Fed.R.Civ.P. 41(a)(1)(ii) |

    Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiffs Thomas Binnall and Susan Binnall and Defendants Bath Iron Works Corporation and General Dynamics Corporation, hereby jointly STIPULATE to the dismissal of all claims against General Dynamics Corporation in the above titled action without prejudice and without costs.  Counsel for the Plaintiffs, based on information provided to the Plaintiffs by defense counsel, now believes, without waiving any rights, that General Dynamics Corporation may be an unnecessary party to this action.

    However, in consideration of the Plaintiffs' prior voluntarily dismissal of claims against General Dynamics, and whereas Fed. R. Civ. P. 41(a)(1)(ii) would otherwise treat a plaintiff's second voluntary dismissal as an adjudication with prejudice, the parties hereto do hereby agree and jointly STIPULATE that the Plaintiffs' voluntary dismissal of all claims against General Dynamics shall be without prejudice and without costs, leaving

the Plaintiffs free to add General Dynamics as a party Defendant in the future should new facts be discovered which support such action.

                    Respectfully submitted,
                    The Plaintiffs, Thomas Binnall and Susan Binnall,
                    By their Attorneys,

                    /s/ Eric J. Parker
                    _____
                    Eric J. Parker, Esq. BBO# 549513
                    Susan M. Bourque, Esq. BBO# 647195
                    Parker Scheer LLP
                    One Constitution Center
                    Boston, Massachusetts 02129
                    ejp@parkerscheer.com
                    (617) 886-0500

The Defendants, Bath Iron Works Corporation and General Dynamics Corporation,
By their Attorneys,

/s/ Timothy J. Perry
_____
Mark L. Haley, BBO# 217260
Timothy J. Perry, BBO# 631397
PRETI FLAHERTY
BELIVEAU PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, Massachusetts 02110
tperry@preti.com
(617) 226-3800

PARKER | SCHEER