AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Thomas Binnall and
Susan Binnall

V.

Bath Iron Works Corporation
and Ryerson Tull, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 - 11071

TO: (Name and address of Defendant)

Bath Iron Works Corporation
700 Washington Street
Bath, ME  04530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan M. Bourque, Esq.
Parker | Scheer LLP
One Constitution Center
Boston, MA  02129

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  SEP 28 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/14/2005 |
| NAME OF SERVER (PRINT) Susan Bourque | TITLE | Atty. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defense counsel for Bath Iron Works Corporation has agreed to accept service on behalf of corporation.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/14/05
           Date

Signature of Server: Susan Bourque

Address of Server: 1 Constitution Center
Boston, MA 02129

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.