UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and SUSAN BINNALL,<br><br>Plaintiffs,<br><br>v.<br><br>BATH IRON WORKS CORPORATION,<br><br>Defendants. | Civil Action No. 05-cv-11071-REK<br><br><br>DEFENDANT BATH IRON WORKS CORPORATION'S RULE 7.3 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.3, Defendant Bath Iron Works Corporation ("BIW") and its undersigned counsel hereby submit the following corporate disclosure statement:

(A) BIW states that General Dynamics Corporation is its parent corporation, General Dynamics Corporation is a publicly held company, and General Dynamics Corporation holds more than 10% of BIW's stock.

Respectfully submitted,

BATH IRON WORKS CORPORATION

By its attorneys,

_____
Tracey G. Burton
Associate General Counsel

_____
Mark Haley (BBO# 217260)
Timothy J. Perry (BBO# 631397)
PRETI, FLAHERTY, BELIVEAU,
   PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
Facsimile (617) 226-3801

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon all counsel of record by placing same for service with the United States Postal Service via pre-paid First Class, United States Mail.

Dated: November 11, 2005

_____
Timothy J. Perry