UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| THOMAS BINNALL and SUSAN BINNALL,<br><br>Plaintiffs,<br><br>BATH IRON WORKS CORPORATION,<br><br>Defendants | Civil Action No. 05-cv-11071-REK<br><br>DEFENDANT BATH IRON WORKS CORPORATION'S RULE 16.1(D)(3) CERTIFICATION |

Pursuant to Rule 16.1(D)(3), Defendant Bath Iron Works Corporation ("BIW") and its undersigned counsel hereby certify as follows:

(a) BIW and its counsel have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the pending litigation; and

(b) BIW and its counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

BATH IRON WORKS CORPORATION

By its attorneys,

_____
Tracey G. Burton
Associate General Counsel

_____
Mark Haley (BBO#217260)
Timothy J. Perry (BBO# 631397)
PRETI, FLAHERTY, BELIVEAU,
    PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
Facsimile (617) 226-3801

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon all counsel of record by placing same for service with the United States Postal Service via pre-paid First Class, United States Mail.

Dated: November 11, 2005

Timothy J. Perry