UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and SUSAN BINNALL,<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 05-CV-11071-REK |
| BATH IRON WORKS CORPORATION and RYERSON TULL, INC.<br>Defendants. | )<br>)<br>)<br>)<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)**

Eric J. Parker, Esq. and Susan M. Bourque, Esq. of Parker Scheer LLP, One Constitution Center, Boston, MA 02129, counsel of record for plaintiffs in the above-entitled matter, hereby certify to the following facts pursuant to Local Rule 16.1 (D)(3):

1. Plaintiffs and their trial counsel, Eric J. Parker and Susan M. Bourque, have conferred in relation to the possible costs of this litigation, and have established a proposed budget for the conduct of the litigation, including possible alternative courses the litigation may take; and

2. Plaintiffs and their trial counsel, Eric J. Parker and Susan M. Bourque, have discussed the various alternative dispute resolution programs available, and the potential merit of those programs in relation to this matter.

Respectfully submitted,
The Plaintiffs,
By their Attorneys,


*[signature: Susan Bourque]*

Eric J. Parker, Esq., BBO #549513
Susan M. Bourque, Esq. BBO# 647195
Parker Scheer LLP
One Constitution Center
Boston, MA  02129
(617) 886-0500


*[signature]*  *[signature]*
**Thomas Binnall**   **Susan Binnall**


Dated: Nov 19, 2005    Dated: Nov. 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand. *[signature: Susan Bourque]*
Dated: 11-22-05