UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS BINNALL and SUSAN BINNALL**, <br><br> Plaintiffs, <br><br> v. <br><br> **BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,** <br><br> Defendants. | Civil Action No. 05-cv-11071-REK |

## NOTICE OF APPEARANCE

Please take notice that Gregory T. Donoghue hereby enters his appearance on behalf of Defendant, Bath Iron Works Corporation, in this matter.

Respectfully submitted,

Bath Iron Works Corporation,

By its attorney,

 /s/ Gregory T. Donoghue
Gregory T. Donoghue (BBO#661480)
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3820
fax (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: December 9, 2005                 /s/ Gregory T. Donoghue