UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS BINNALL and SUSAN BINNALL**,<br><br>         Plaintiffs,<br><br>v.<br><br>**BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,**<br><br>         Defendants. | Civil Action No. 05-cv-11071-REK |

### DEFENDANT BATH IRON WORKS CORPORATION'S
### RULE 26 INITIAL DISCLOSURE STATEMENT

Defendant Bath Iron Works Corporation ("BIW"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 26 (a) (1), provides the following initial discovery disclosures based upon information currently available:

(A)   Individuals with discoverable information that the disclosing party may use to support its defenses.

| Full Name | Addresses | Phone Number | Subject |
|---|---|---|---|
| Thomas Binnall | | | Plaintiff |
| Susan Binnall | | | Plaintiff |
| Darren Birckbichler | Bath Iron Works Corporation<br>700 Washington Street<br>Bath, ME  04530 | 207-443-3311 | Fact witness regarding the facts of the incident. |
| Daniel Flaig | Bath Iron Works Corporation<br>700 Washington Street<br>Bath, ME  04530 | 207-443-3311 | BIW's policies relating to acceptance of shipments and acceptance of the shipment involved in this matter. |
| Patrick W. Mahar | Brunswick Police Department | | Police investigation of the accident. |

| Full Name | Addresses | Phone Number | Subject |
|---|---|---|---|
| Peter Marshall | Bath Iron Works Corporation 700 Washington Street Bath, ME 04530 | 207-443-3311 | Responding EMT to accident; Mr. Binnall's condition after the accident |
| Donald Moody | Bath Iron Works Corporation 700 Washington Street Bath, ME 04530 | 207-443-3311 | Facts relating to the accident and condition of Mr. Binnall's load when it arrived at BIW. |
| Dexter Russell | Bath Iron Works Corporation 700 Washington Street Bath, ME 04530 | 207-443-3311 | Facts relating to the accident and condition of Mr. Binnall's load when it arrived at BIW. |
| Donald Sutton | Bath Iron Works Corporation 700 Washington Street Bath, ME 04530 | 207-443-3311 | Facts relating to accident. |
| Michael Thurman | Bath Iron Works Corporation 700 Washington Street Bath, ME 04530 | 207-443-3311 | BIW's contract for delivery of material by Ryerson-Thypin involved in this accident |
| John Van Orden, MD | 123 Medical Center Drive Brunswick, ME 04011 | 207-373-6625 | Performed surgery on Mr. Binnall at Midcoast Hospital |
| Responding Brunswick Paramedics | TBD | TBD | Mr. Binnall's condition immediately after the accident |
| Midcoast Hospital Doctors and staff | 123 Medical Center Drive Brunswick, ME 04011 | 207-373-6625 | Mr. Binnall's condition immediately after the accident and medical treatment |

(B) Documents, data compilations, and tangible things that the disclosing party may use to support its defenses.

| | Description: | Location: |
|---|---|---|
| 1. | Brunswick Police Department Report of Incident | Preti Flaherty; Bath, Maine |
| 2. | BIW contract documents relating to the delivery of material involved in this accident | Preti Flaherty; Bath, Maine |
| 3. | BIW safety department documents relating to the accident | Preti Flaherty; Bath, Maine |
| 4. | Mr. Binnall's medical records | Preti Flaherty; Bath, Maine |
| 5. | Photographs of Mr. Binnall's truck after the accident | Preti Flaherty; Bath, Maine |

2

1077778.2

(C) A copy of the declarations pages for BIW's General Commercial Liability coverage applicable to this incident is provided with this disclosure.

**BIW reserves its right to supplement its disclosures through discovery as information becomes available.**

Respectfully submitted,
Bath Iron Works Corporation,

By its attorney,

 /s/ Timothy J. Perry
Timothy J. Perry (BBO#631397)
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
10 High Street
Boston, MA  02110
(617) 226-3820
fax (617) 226-3801

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: December 9, 2005                       /s/ Timothy J. Perry

1077778.2