# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS BINNALL and ) <br> SUSAN BINNALL, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BATH IRON WORKS CORPORATION ) <br> and RYERSON TULL, INC., ) <br>     Defendants. ) <br> ) | Civil Action No. 05-CV-11071-REK |

## PLAINTIFF'S DISCLOSURE PURSUANT TO
## L.R. D.MASS 26(a)(1)

A.    IDENTITY OF INDIVIDUALS WITH LIKELY DISCOVERABLE INFORMATION:

1. Thomas Binnall, 57 Jacqueline Road, Apt. 3, Waltham, MA 02452, Plaintiff;

2. Susan Binnall, 57 Jacqueline Road, Apt. 3, Waltham, MA 02452, Plaintiff;

3. One or more of Thomas Binnall's treating physicians at Mid Coast Hospital, 123 Medical Center Drive, Brunswick, ME 04011;

4. Alla Kuong, M.D., 123 Medical Center Drive, Brunswick, ME 04011. Dr. Kuong treated Mr. Binnall in the emergency department the day of the incident;

5. John Van Orden, M.D., 123 Medical Center Drive, Brunswick, ME 04011. Dr. Van Orden performed emergency surgery on Mr. Binnall following the incident;

6. Marc Kruger, M.D., 123 Medical Center Drive, Brunswick, ME 04011. Dr. Kruger treated Mr. Binnall during his hospital stay at Mid Coast Hospital;

7. One or more of Thomas Binnall's treating physicians at Boston Medical Center, 720 Harrison Avenue, Boston, MA 02118;

8. Paul Tornetta, M.D., 818 Harrison Avenue, Boston, MA 02118. Dr. Tornetta assumed Mr. Binnall's medical treatment upon his transfer to Boston Medical Center;

9. William R. Creevy, M.D., 850 Harrison Avenue-D2N, Boston, MA 02118. Dr. Creevy performed surgical skin grafting on Mr. Binnall's leg while he was an inpatient at Boston Medical Center;

10. Timothy Mondale, Newton-Wellesley Hospital Department of Rehabilitation Services, 2014 Washington Street, Newton, MA 02162. Mr. Mondale directed Mr. Binnall's physical therapy following his release from Boston Medical Center;

11. One or more of Thomas Binnall's physical therapists at Pro Sports Therapy, Inc., 840 Winter Street, Waltham, MA 02451;

12. Detective Patrick Mahar, Investigating Police Officer, Brunswick Police Department, Brunswick, ME. Detective Mahar responded to the scene of the subject incident on July 2, 2002;

13. Don Moody, 606 Middle Road, Dresden, ME 04342, last known employment address, Bath Iron Works, Mallet Park Pipe Yard, Bath Road, Brunswick, ME 04011. Plaintiff states that upon information and belief, Mr. Moody was a witness to the subject incident as an employee at Bath Iron Works on July 2, 2002;

14. Dan Flaig, current residential address unknown, last known employment address, Bath Iron Works, Mallet Park Pipe Yard, Bath Road, Brunswick, ME 04011. Plaintiff states that upon information and belief, Mr. Flaig was a witness to the subject incident as an employee at Bath Iron Works on July 2, 2002;

15. Dexter Russell, current residential address unknown, last known employment address, Bath Iron Works, Mallet Park Pipe Yard, Bath Road, Brunswick, ME 04011. Plaintiff states that upon information and belief, Mr. Russell was a witness to the subject incident as an employee at Bath Iron Works on July 2, 2002;

16. Peter Marshall, current residential address unknown, last known employment address, Bath Iron Works, Mallet Park Pipe Yard, Bath Road, Brunswick, ME 04011. Plaintiff states that upon information and belief, Mr. Marshall was a witness to the subject incident as an employee at Bath Iron Works on July 2, 2002;

17. Dan Sutton, current residential address unknown, last known employment address, Bath Iron Works, Mallet Park Pipe Yard, Bath Road, Brunswick,

        ME 04011.  Plaintiff states that upon information and belief, Mr. Sutton was a witness to the subject incident as an employee at Bath Iron Works on July 2, 2002;

18.      Jack White, current residential address unknown, last known employment address, Bath Iron Works, Mallet Park Pipe Yard, Bath Road, Brunswick, ME 04011.  Plaintiff states that upon information and belief, Mr. White was a witness to the subject incident as an employee at Bath Iron Works on July 2, 2002;

The Plaintiffs reserve their right to supplement this list.

B.    DOCUMENTARY EVIDENCE

Plaintiffs' counsel has custody and control of the following documents:

1.    Copy of the Police Report is attached hereto at Tab 1.
2.    Copy of the Incident Report is attached hereto at Tab 2.
3.    Copies of the Plaintiff's medical records and medical bills are attached hereto at Tab 3.

The Plaintiffs reserve their right to supplement this list.

C.    DAMAGES

<u>Thomas Binnall</u> :

| | |
|---|---|
| Medical Expenses to Date: | $ 88,430.19 |
| Estimated Lost Wages: | 165,000.00 (estimated) |
| Impaired Earning Capacity | 110,000.00 |

The Plaintiffs reserve their right to supplement this list.

D.    INSURANCE DOCUMENTS

Not applicable.

                                                         The Plaintiffs,
                                                         By their Attorneys,

<div style="margin-left: 50%;">

/s/ Susan M. Bourque
Eric J. Parker, Esq., BBO# 549513
Susan M. Bourque, Esq. BBO# 647195
PARKER │ SCHEER
One Constitution Center
Boston, MA 02129
(617) 886-0500

</div>

## CERTIFICATE OF SERVICE

I, Susan M. Bourque, hereby certify that a copy of the within Initial Disclosures were served, this day, upon the defendants by first class mail, postage prepaid to the following:

>Timothy Perry, Esq.
>Preti Flahrety Beliveau Pachios & Haley
>10 High Street, Suite 502
>Boston, MA 02110
>
>Jeanette Lucey, Esq.
>Law Office of Thomas M. Niarchos
>100 Summer Street, Suite 201
>Boston, MA  02110

Dated:  December 22, 2005                     /s/ Susan M. Bourque
                                              Susan M. Bourque