# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS BINNALL and SUSAN BINNALL**, <br><br> Plaintiffs, <br><br> v. <br><br> **BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,** <br><br> Defendants. | Civil Action No. 05-cv-11071-REK <br><br><br><br> MOTION TO PERMIT JONATHAN S. PIPER TO APPEAR *PRO HAC VICE* |

### MOTION FOR LEAVE TO ALLOW JONATHAN S. PIPER TO APPEAR AND PRACTICE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS *PRO HAC VICE*

Gregory T. Donoghue, Esq., moves this Court, pursuant to L.R. 83.5.3, for an Order permitting Jonathan S. Piper, Esq. to appear before this Court in the above captioned matter on behalf of Defendant, Bath Iron Works Corporation. In support of this motion, the undersigned states as follows:

1. Attorney Piper is a member in good standing of the bars of the State of Maine, United States Court for the District of Maine, United States Court of Appeals for the First Circuit, and United States Court of Appeals for the Third Circuit.

2. Attorney Piper is not currently under any order of disbarment, suspension or any other discipline, nor are there disciplinary proceedings pending against him. Attorney Piper's Certification for Admission *Pro Hac Vice* is attached hereto and

incorporated herein by reference as Exhibit 1.  The Certification includes his address and telephone and fax numbers.

     3.     Attorney Piper is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

     4.     During Attorney Piper's representation of Bath Iron Works Corporation in this matter, he shall associate with the undersigned or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with this Court, and whose attendance at any proceeding may be required by this Court.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of Jonathan S. Piper, Esquire, so that he may appear before this Court in all matters related to the above captioned action.

Respectfully submitted,

**BATH IRON WORKS CORPORATION**,

By its attorneys,

 /s/ Gregory T. Donoghue
Timothy J. Perry (BBO#631397)
Gregory T. Donoghue (BBO#661480)
PRETI, FLAHERTY, BELIVEAU
    PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
TEL (617) 226-3820
FAX (617) 226-3801

Dated: February 17, 2006

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS BINNALL and SUSAN BINNALL,** | Civil Action No. 05-cv-11071-REK |
| Plaintiffs, | |
| v. | |
| **BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,** | **CERTIFICATE OF JONATHAN S. PIPER** |
| Defendants. | |

## CERTIFICATE OF JONATHAN S. PIPER

I, Jonathan S. Piper, do hereby certify:

1. I am a member in good standing of the bars of the State of Maine, United States District Court for the District of Maine, United States Court of Appeals for the First Circuit, and United States Court of Appeals for the Third Circuit.

2. I am not currently under any order of disbarment or suspension or any other discipline, nor are there disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. During my representation of Bath Iron Works Corporation in this matter, I shall associate with Timothy J. Perry, Esq., or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with this Court, and whose attendance at any proceeding may be required by this Court.

_____
Jonathan S. Piper, Esq.
PRETI, FLAHERTY, BELIVEAU
    PACHIOS & HALEY LLP
One City Center
P.O. Box 9546
Portland, Maine 04112-9546
TEL (207) 791-3000
FAX (207) 791-3111

Dated: Feb. 10, 2006

STATE OF MAINE
CUMBERLAND, ss.

    Personally appeared the above-named Jonathan S. Piper and certified that the foregoing statements made by him are true.

Before me,

_____
Notary Public

LEANNE LENTZ SPENCER
Notary Public, Maine
My Commission Expires January 26, 2006

2