UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS BINNALL and SUSAN BINNALL**, <br><br> Plaintiffs, <br><br> v. <br><br> **BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,** <br><br> Defendants. | Civil Action No. 05-cv-11071-REK <br><br><br> **MOTION TO PERMIT JEFFREY W. PETERS TO APPEAR *PRO HAC VICE*** |

**MOTION FOR LEAVE TO ALLOW JEFFREY W. PETERS
TO APPEAR AND PRACTICE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS *PRO HAC VICE***

Gregory T. Donoghue, Esq., moves this Court, pursuant to L.R. 83.5.3, for an Order permitting Jeffrey W. Peters, Esq. to appear before this Court in the above captioned matter on behalf of Defendant, Bath Iron Works Corporation. In support of this motion, the undersigned states as follows:

1.  Attorney Peters is a member in good standing of the bars of the State of Maine, and the United States Court for the District of Maine.

2.  Attorney Peters is not currently under any order of disbarment, suspension or any other discipline, nor are there disciplinary proceedings pending against him. Attorney Peters' Certification for Admission *Pro Hac Vice* is attached hereto and incorporated herein by reference as Exhibit 1. The Certification includes his address and telephone and fax numbers.

3. Attorney Peters is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. During Attorney Peters' representation of Bath Iron Works Corporation in this matter, he shall associate with the undersigned or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with this Court, and whose attendance at any proceeding may be required by this Court.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of Jeffrey W. Peters, Esquire, so that he may appear before this Court in all matters related to the above captioned action.

Respectfully submitted,

**BATH IRON WORKS CORPORATION**,

By its attorneys,

 /s/ Gregory T. Donoghue
Timothy J. Perry (BBO#631397)
Gregory T. Donoghue (BBO#661480)
PRETI, FLAHERTY, BELIVEAU
    PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
TEL (617) 226-3820
FAX (617) 226-3801

Dated: February 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and SUSAN BINNALL,<br><br>Plaintiffs,<br><br>v.<br><br>BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,<br><br>Defendants. | Civil Action No. 05-cv-11071-REK<br><br><br>CERTIFICATE OF<br>JEFFREY W. PETERS |

### CERTIFICATE OF JEFFREY W. PETERS

I, Jeffrey W. Peters, do hereby certify:

1. I am a member in good standing of the bars of the State of Maine, and the United States District Court for the District of Maine.

2. I am not currently under any order of disbarment or suspension or any other discipline, nor are there disciplinary proceedings pending against me.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. During my representation of Bath Iron Works Corporation in this matter, I shall associate with Timothy J. Perry, Esq., or another member of the bar of this Court, upon whom all process, notices, and other papers may be served, who shall sign all papers filed with this Court, and whose attendance at any proceeding may be required by this Court.

Jeffrey W. Peters, Esq.<br>
PRETI, FLAHERTY, BELIVEAU<br>
PACHIOS & HALEY LLP<br>
One City Center<br>
P.O. Box 9546<br>
Portland, Maine 04112-9546<br>
TEL (207) 791-3000<br>
FAX (207) 791-3111

Dated: 2/15/06

STATE OF MAINE
CUMBERLAND, ss.

Personally appeared the above-named Jeffrey W. Peters and certified that the foregoing statements made by him are true.

Before me,

_____
Notary Public
My Commission Expires: 1/12/2008