UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and ) <br> SUSAN BINNALL, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BATH IRON WORKS CORPORATION ) <br> and RYERSON TULL, INC. ) <br>     Defendants. ) <br> ) | Civil Action No. 05-CV-11071-WGY |

## PLAINTIFFS' MOTON TO COMPEL DISCOVERY RESPONSES FROM THE DEFENDANT, RYERSON TULL, INC.

Now come the Plaintiffs, by and through their attorneys, and respectfully request that this Court issue an Order compelling the defendant, Ryerson Tull, Inc., to provide Answers to Interrogatories propounded by the Plaintiffs and Responses to the Plaintiffs' First Request for Production of Documents.

By way of a brief background, this is an action in tort whereby the Plaintiffs have alleged that the defendants, Bath Iron Works Corporation ("BIW") and Ryerson Tull, Inc. ("Ryerson"), were negligent in the loading and off-loading of several 14-foot long steel pipes. As a result of the defendants' negligence, the plaintiff was caused to sustain serious and permanent personal injuries, including an open fracture of his tibia and fibula, requiring multiple surgical procedures to repair, and other related losses.

On February 16, 2006, Plaintiffs' served the defendant, Ryerson Tull, Inc. with written discovery. Following the deadline for responses to the affirmative discovery, plaintiffs' counsel contacted the defendant's counsel, via telephone, and left a message requesting receipt of the outstanding discovery responses. Plaintiffs' counsel has not

been contacted by counsel for Ryerson to request an extension for Ryerson's responses. To date, more than three months have passed since the deadline for Ryerson to respond to the plaintiffs' affirmative discovery, and the defendant has failed to serve any responses.

Plaintiffs, by way of this motion, is seeking an Order from this Court compelling the defendant, Ryerson, to respond to the Plaintiffs' Discovery Requests and Interrogatories within 14 days from the date of such Order.

**WHEREFORE,** the Plaintiff respectfully requests that this Court issue an Order compelling the Defendant, Ryerson Tull, Inc., to serve answers to the plaintiff's interrogatories and request for the production of documents within 14 days of such Order, and such other and further relief as this Court deems proper.

        Respectfully submitted,
        The Plaintiffs,
        By their Attorneys,

        /s/ Susan M. Bourque
        Eric J. Parker, Esq. BBO# 549513
        Susan M. Bourque, Esq. BBO# 647195
        Parker | Scheer LLP
        One Constitution Center
        Boston, MA  02129
        (617) 886-0500

Dated:  June 16, 2006