UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and <br> SUSAN BINNALL, <br>     Plaintiffs, <br><br> v. <br><br> BATH IRON WORKS CORPORATION <br> and RYERSON TULL, INC. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-CV-11071-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTON TO WITHDRAW MOTION TO COMPEL DISCOVERY RESPONSES FROM THE DEFENDANT, RYERSON TULL, INC.**

Now come the Plaintiffs, by and through their attorneys, and respectfully request that this Court withdraw the Plaintiffs' Motion to Compel Discovery Responses from the Defendant, Ryerson Tull, Inc. which was filed with this Court on June 16, 2006.

                                                  Respectfully submitted,
                                                  The Plaintiffs,
                                                  By their Attorneys,

                                                  /s/ Susan M. Bourque
                                                  Eric J. Parker, Esq. BBO# 549513
                                                  Susan M. Bourque, Esq. BBO# 647195
                                                  Parker | Scheer LLP
                                                  One Constitution Center
                                                  Boston, MA  02129
                                                  (617) 886-0500

Dated:  June 23, 2006