UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and SUSAN BINNALL,<br><br>Plaintiffs,<br><br>v.<br><br>BATH IRON WORKS CORPORATION and RYERSON TULL, INC.,<br><br>Defendants. | Civil Action No. 05-cv-11070-REK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of my appearance on behalf of Defendant, Bath Iron Works Corporation, in the above captioned matter.

Respectfully submitted,

BATH IRON WORKS CORPORATION,

By its attorney,

Mark Haley (BBO#217260)
PRETI, FLAHERTY, BELIVEAU & PACHIOS
10 High Street, Suite 502
Boston, MA 02110
TEL (617) 226-3820
FAX (617) 226-3801