## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and<br>SUSAN BINNALL,<br>    Plaintiffs,<br><br>v.<br><br>BATH IRON WORKS CORPORATION,<br>and RYERSON TULL, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-11071-WGY<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)**

Plaintiffs, Thomas Binnall and Susan Binnall, by and through their counsel of record, hereby submits to this Court their expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2). The following experts have been retained by the Plaintiffs to provide expert testimony at trial under Rules 702, 702, or 705 of the Federal Rules of Evidence:

1. Susan Biener Bergman, M.D.
   Boston Community Medical Group
   1 Boston Medical Center Place
   Dowling North, Suite 5108
   Boston, MA  02118
   (617) 638-7062

A copy of Dr. Bergman's report has been provided to all counsel of record and is incorporated herein by reference.

2. Clayton D. Rose, CSP
   3 Tall Timber Drive
   Wilbraham, MA  01095
   (413) 596-9439

A copy of Mr. Rose's report has been provided to all counsel of record and is incorporated herein by reference.

The following individuals may be called upon to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence, but have not been retained or specially employed by the plaintiffs and are all treating physicians of the plaintiff, Thomas Binnall:

1. Paul Tornetta, M.D.
   Boston Medical Center
   818 Harrison Avenue
   Boston, MA  02118
   (617) 414-6295

2. William Creevy, M.D.
   850 Harrison Avenue – D2N
   Boston, MA 02118
   (617) 414-5212

~~~
                                    Respectfully submitted,
                                    The Plaintiffs,
                                    By their Attorneys,


                                    /s/  Susan M. Bourque
                                    Eric J. Parker, Esq. BBO# 547195
                                    Susan M. Bourque, Esq. BBO# 647195
                                    Parker Scheer LLP
                                    One Constitution Center
                                    Boston, MA  02129
                                    (617) 886-0500
~~~

Dated: October 30, 2006