UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS BINNALL and <br> SUSAN BINNALL, <br>   Plaintiffs, <br><br> v. <br><br> BATH IRON WORKS CORPORATION, <br> and RYERSON TULL, INC., <br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-CV-11071-WGY |

## PLAINTIFFS' SUPPLEMENTAL EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)

Plaintiffs, Thomas Binnall and Susan Binnall, by and through their counsel of record, hereby submits to this Court their supplement to the expert disclosure previously filed with this Court on October 30, 2006. In addition to the experts disclosed in their prior disclosure, the following expert has been retained by the Plaintiffs to provide expert testimony at trial under Rules 702, 702, or 705 of the Federal Rules of Evidence:

  1.  Richard Siegel, Ph.D.
     Applied Economics Incorporated
     One Westinghouse Plaza
     Boston, MA  02136
     (617) 333-6680

  A copy of Dr. Siegel's report has been provided to all counsel of record and is incorporated herein by reference.

        Respectfully submitted,
        The Plaintiffs,
        By their Attorneys,


        /s/  Susan M. Bourque
        Eric J. Parker, Esq. BBO# 547195
        Susan M. Bourque, Esq. BBO# 647195
        Parker Scheer LLP
        One Constitution Center
        Boston, MA  02129
        (617) 886-0500

Dated: November 1, 2006