**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Thomas Binnall, et al.
            Plaintiff(s)

            V.                                        CIVIL ACTION  NO. 05-11071-WGY

Bath Iron Works Corp.
            Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____YOUNG_____

[ X ]    The above entitled case was referred to a PRIVATE mediator after referral to the ADR Program, but prior to ADR hearing.

[  ]    On _____ I held the following ADR proceeding:

_____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

_____    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

_____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

            All parties were represented by counsel  [except _____]

            The parties were not present in person, but by an authorized officer. [except_____].

            The case was:

[  ]    Settled.  Your clerk should enter a _____ day order of dismissal.

[  ]    There was progress.

[  ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ X ]    Suggested strategy to facilitate settlement: The parties will attend private mediation and will report the result directly to Judge Young.  Case no longer referred to the court's ADR program.

_____11/27/2006_____                    _____Marianne B. Bowler, USMJ_____
            DATE                                                ADR Provider

(ADR Report (Bath Iron Works).wpd  - 4/12/2000)                              [adrrpt.]