UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS BINNALL and SUSAN BINNALL**,<br><br>       Plaintiffs,<br><br>v.<br><br>**BATH IRON WORKS CORPORATION and RYERSON TULL, INC.**,<br><br>       Defendants. | Civil Action No. 05-cv-11071-WGY |

**DEFENDANT, BATH IRON WORKS CORPORATION'S, MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE BY TWO WEEKS**

NOW, comes the Defendant, Bath Iron Works Corporation, and moves this Honorable Court to extend the expert disclosure deadline for Defendant by two weeks. Defendant has obtained the assent of Plaintiff's counsel, Susan Bourque, via telephone conference today and made efforts to obtain assent of counsel for Co-Defendant, Ryerson Tull. Unfortunately, Co-Defendant's counsel was on trial and unavailable for a telephone conference. Defendant will be disclosing an Occupational Safety and Health Administration expert and a Physiatrist. The moving party believes that an extension to Defendant permitting it to name these experts would not prejudice Co-Defendants case and would not delay the ultimate resolution of this case.

       WHEREFORE, Defendant Bath Iron Works Corporation requests this Honorable Court grant its motion for an additional two weeks to disclose its experts.

        Respectfully submitted,

        **BATH IRON WORKS CORPORATION**,

        By its attorneys,

        /s/ Gregory T. Donoghue
        Timothy J. Perry (BBO#631397)
        Gregory T. Donoghue (BBO#661480)
        PRETI FLAHERTY BELIVEAU & PACHIOS LLP
        10 High Street, Suite 502
        Boston, MA  02110
        TEL  (617) 226-3820
        FAX (617) 226-3801

With assent,

**THOMAS BINNALL**

By his attorneys,

/s/ Susan Bourque (GTD)
Eric J. Parker (BBO#549513)
Susan M. Bourque (BBO#647195)
Parker Scheer
One Constitution Center
Boston, MA 02129
TEL  617-886-0500
FAX 617-886-0100

## CERTIFICATE OF SERVICE

     I do hereby certify that a copy of the above document was served upon all counsel of record by first class mail and ECF transmission to those active participants in the service on this day November 30, 2006.

        /s/ Gregory Donoghue