UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| THOMAS BINNALL AND SUSAN BINNALL, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 05-cv-11071-WGY |
| BATH IRON WORKS CORPORATION and RYERSON TULL, INC. | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT BATH IRON WORKS CORPORATION'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)

Defendant Bath Iron Works Corporation ("BIW"), by and through its counsel of record, hereby submits to this Court its expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2). The following experts have been retained by the Defedant to provide expert testimony at trial under Rules 702, 702, or 705 of the Federal Rules of Evidence:

1. Joanne Borg-Stein, M.D.
   Medical Director, NWH Spine Center
   2014 Washington Street
   Newton, MA  02462
   617-243-5777

Dr. Borg-Stein will draft a report in this matter after conducting an IME of Mr. Binnall and that report will be provided to all parties.

2. Royal "Skip" Hoyt
   Skip Hoyt & Associates, LLC
   6 Alberta Drive
   Westbrook, ME 04092
   (207) 856-1869

Mr. Hoyt is a former OSHA Compliance Officer and safety expert.  He will offer expert testimony regarding safety issues relating to Mr. Binnall's accident.  He is expected to testify regarding OSHA standards and that Bath Iron Works Corporation ("BIW") did not violate any OSHA regulations in the accident that is at issue in this matter.  He is also expected to testify that BIW acted reasonably in moving Binnall's truck to a remote area for unloading and directing

1183578.1

Binnall to stay out of the way during the unloading process. Mr. Hoyt's testimony will be based upon his review of the discovery materials produced in this matter in addition to his education, training and experience. A copy of Mr. Hoyt's professional biography is attached hereto.

BATH IRON WORKS CORPORATION,

By its attorneys,

/s/ Gregory T. Donoghue_____
Gregory T. Donoghue (BBO # 661480)
PRETI, FLAHERTY, BELIVEAU & PACHIOS
10 High Street, Suite 502
Boston, MA 02110
TEL (617) 226-3820
FAX (617) 226-3801

Dated: December 14, 2006

1183578.1

Professional Overview of Royal (Skip) Hoyt
D/b/a Skip Hoyt & Associates LLC

| | |
|---|---|
| 1960 | Graduated Maine Maritime Academy |
| 1960-1962 | Served as shipboard navigator and Operations Officer with the U. S. Navy |
| 1963-1967 | Started current career track as a Fire Insurance Inspector and Sprinkler Engineer with the New England Fire Insurance Rating Association |
| 1968-1969 | Attended Aetna Home Office Engineering School in Hartford, CT. Worked as Loss Control Engineer for Aetna Life & Casualty Insurance Company evaluating a wide variety of manufacturing and construction worksites for workers compensation, fire, liability, and SMP coverage. Became a licensed elevator inspector. State Certificate # S-4 |
| 1970 | Worked as Safety Director for Fairchild Semiconductor, South Portland, Me. Responsibilities included development and implementation of safety and health program in a highly technical work environment for 1800 employees. |
| 1971-1977 | Worked as the first Safety Engineer for the State of Maine, Bureau of Labor conducting safety and health inspections in a wide variety of worksites. Acted as a safety and health resource for Maine Industry. Conducted approximately ten fatality investigations. |
| 1977-1992 | Worked as a Compliance Officer for the Occupational Safety & Health Administration. Conducted approximately 3000 safety & health inspections in a wide variety of industrial, agricultural, maritime and construction worksites. Conducted fifty formal fatality investigations in those industries. |
| 1992-1996 | Served as Special Projects Coordinator for the Ford Foundation Award winning Maine Top 200 Program. This program required communication and coordination between Maine Employers with the worse safety and health performance and OSHA. |

| | |
|---|---|
| 1996-2003 | Served as OSHA's first Compliance Assistance Specialist for the State of Maine. In this capacity I served as a trainer, educator and resource on a broad range of safety and health issues for Maine employers. Taught a variety of safety and health topics at the University of Southern Maine, Central Maine Community College, and University of New England. Served on the OSHA VPP Audit Team for New England. |
| April 2003 | Retired from Federal Service |
| 2003- Present | Currently operating my own consulting business conducting audits and training in occupational safety and health for individual clients and the Maine Safety Council. Also, serve as a resource and potential expert witness in personal injury, liability, and other types of occupational safety and health litigation. |
| 1972-2002 | Attended a wide variety of Post Graduate classes including the following: |

Public Speaking
Creating a Safety Culture: Strategies for Small Business
Compliance Assistance Training
Integrating Safety with Business Goals
Evaluating Safety & Health Interventions
OSHA Recordkeeping
Steel Erection
Logging Operations
VPP On-Site Review Team Training
Safety and Health Program Evaluation
Respiratory Protection
Managing Your Organization's Workers Compensation
Emergency Response
Basic Incident Response Team Training
Fall Protection and Fall Arrest Systems
Enhanced Documentation Training
Applied Spry Finishing and Coating Principals
Principals of Scaffolding
Special Emphasis Program-Silicosis
Health Hazards in Construction
Cooling Towers and Composite Structures
Hazardous Waste Site Inspections
Applied Welding Principals
Oxygen and Fuel Safety
Confined Space Entry
Electrical Standards
National Electrical Code Workshops
Hazard Communication- Train the Trainer

Principals of Ergonomics
Mobile Cranes and Rigging
Overhead Cranes
Cranes and Material Handling
Flammable Liquids
Maritime Standards
Introduction to Industrial Hygiene
Blasting and Explosives
Hazardous Material and Compressed Gases
Surface Mining Operations