**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| THOMAS BINNALL and ) | |
| SUSAN BINNALL, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-11071-WGY |
| ) | |
| BATH IRON WORKS CORPORATION, ) | |
| and RYERSON TULL, INC., ) | |
|     Defendants. ) | |
| ) | |

**REPORT RE: MEDIATION HELD ON DECEMBER 15, 2006**

The Parties to the above-referenced matter mediated the above-referenced case with Brad Honoroff, Esq. of The Mediation Group on December 15, 2006. The parties are pleased to report the case settled. Kindly issue a 60 day Nisi Order.

> Respectfully submitted,
> The Plaintiffs,
> By their Attorneys
>
>
> /s/  Susan M. Bourque
> Eric J. Parker, Esq. BBO# 549513
> Susan M. Bourque, Esq. BBO# 647195
> Parker Scheer LLP
> One Constitution Center
> Boston, MA  02129
> (617) 886-0500

Dated: December 15, 2006