UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                               **Civil Action
No: 05-11071-WGY**

**Thomas Binnall et al**

**Plaintiff**

v.

**Bath Iron Works Corporation et al
Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

       The Court having been advised on December 15, 2006, that the above-entitled action has been settled:
       IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                   **By the Court,**

                                                                   /s/Matthew A. Paine
                                                                   **Deputy Clerk**

**December 18, 2006**

**To: All Counsel**