UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and )<br>SUSAN BINNALL, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BATH IRON WORKS CORPORATION )<br>and RYERSON TULL, INC. )<br>    Defendants. )<br>) | Civil Action No. 05-CV-11071-WGY |

### JOINT MOTION TO EXTEND THE ORDER OF DISMISSAL

    Now come the Parties, by and through their attorneys, and respectfully request this Court extend the Order of Dismissal from February 15, 2007 to March 15, 2007. As reasons therefore, the Parties state that this is a third party action involving payments by YRC Worldwide, Inc., for worker's compensation benefits paid to the plaintiff as a result of the incident that forms the basis of the plaintiff's complaint. The plaintiff is working towards finalizing his worker's compensation lien, so that a Petition can be filed with this Court for approval of the settlement terms. The plaintiffs expect that the worker's compensation lien will be finalized this week, and a petition should be filed next week for approval. The parties are seeking an additional 30-day extension to the Order of Dismissal to allow the Parties an opportunity to finalize the worker's compensation lien and have same approved by this Court.

    **WHEREFORE**, the Parties respectfully request that the Order of Dismissal be extended to March 15, 2007.

          Respectfully submitted,
          The Parties

          The Plaintiffs,
          By their Attorneys,

          /s/ Susan M. Bourque
          Eric J. Parker, Esq. BBO# 549513
          Susan M. Bourque, Esq. BBO# 647195
          Parker | Scheer LLP
          One Constitution Center
          Boston, MA  02129
          (617) 886-0500

| The Defendant, | The Defendant, |
| --- | --- |
| Bath Iron Works Corporation | Ryerson Tull, Inc. |
| By its Attorney, | By its Attorney, |
| | |
| /s/ Jeffrey Peters | /s/ Jeanette Lucey |
| Jeffrey Peters, Esq. BBO# | Jeanette Lucey, Esq. BBO# |
| Preti Flaherty | Law Offices of Thomas Niarchos |
| 1 City Center | 100 Summer Street |
| Portland, ME 04112 | Boston, MA  02110 |
| (207) 791-3000 | (617) 772-2855 |

Dated: February 13, 2007