UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL and )<br>SUSAN BINNALL, )<br>   Plaintiffs, )<br>   )<br>v. )<br>   )<br>BATH IRON WORKS CORPORATION )<br>and RYERSON TULL, INC. )<br>   Defendants. )<br>   ) | Civil Action No. 05-CV-11071-WGY |

## STIPULATION OF DISMISSAL OF ALL CLAIMS

The plaintiffs, Thomas Binnall and Susan Binnall, and the defendants, Bath Iron Works Corporation and Ryerson Tull, Inc., hereby stipulate and agree, pursuant to Fed.R.Civ.P. 41(a) that all claims of the plaintiffs, Thomas Binnall and Susan Binnall, against the defendants, Bath Iron Works Corporation and Ryerson Tull, Inc., be dismissed with prejudice and without costs.  The parties also state that all cross-claims between the defendants, Bath Iron Works Corporation and Ryerson Tull, Inc. are hereby dismissed with prejudice.  All rights of appeal are hereby waived.

                                           Respectfully submitted,
                                           The Parties

                                           The Plaintiffs,
                                           By their Attorneys,

                                           /s/ Susan M. Bourque
                                         Eric J. Parker, Esq. BBO# 549513
                                         Susan M. Bourque, Esq. BBO# 647195
                                         Parker | Scheer LLP
                                         One Constitution Center
                                         Boston, MA  02129
                                         (617) 886-0500

| The Defendant, | The Defendant, |
| --- | --- |
| Bath Iron Works Corporation | Ryerson Tull, Inc. |
| By its Attorney, | By its Attorney, |
| | |
| /s/ Jeffrey Peters | /s/ Jeanette Lucey |
| Jeffrey Peters, Esq. BBO# | Jeanette Lucey, Esq. BBO# |
| Preti Flaherty | Law Offices of Thomas Niarchos |
| 1 City Center | 100 Summer Street |
| Portland, ME 04112 | Boston, MA  02110 |
| (207) 791-3000 | (617) 772-2855 |

Dated:  March 1, 2007